SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnson<br><br>                    Plaintiff,<br><br>    vs.<br><br>Nguyen, et al<br><br>                    Defendants | Case No.: 2:09-cv-01461-JAM-GGH<br><br>**STIPULATED DISMISSAL AND ORDER REGARDING DISMISSAL OF DEFENDANT CINDY VAN**<br><br>Complaint Filed:  MAY 28, 2009<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANT** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, and Defendant Thanh Huv Nguyen, that Defendant Cindy Van be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendant.

PDF created with pdfFactory trial version www.pdffactory.com

Dated: June 22, 2010 /s/Scott N. Johnson
SCOTT N. JOHNSON
Attorney for Plaintiff

Dated: June 22, 2010

/s/Thanh Huv Nguyen
THANH HUV NGUYEN
Defendant

**IT IS SO ORDERED**.

Dated:  June 22, 2010 /s/ John A. Mendez
U.S. DISTRICT COURT JUDGE