IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                      CIV. NO. S-09-1461 JAM GGH

      vs.

THANH HUV NGUYEN, Individually and d/b/a Cal State Auto Service,

      Defendant.                ORDER

_____/

      Previously pending on this court's law and motion calendar for July 29, 2010 was plaintiff's request for inspection of property pursuant to Fed. R. Civ. P. 34. Plaintiff and defendant appeared pro se.[1] After hearing oral argument and reviewing the papers, the court now issues the following order.

      Federal Rule of Procedure 34 provides that a party may request of another party permission to:

> inspect, copy, test, or sample any designated documents or electronically stored information - including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations stored in any medium from which information can be obtained - translated, if necessary, by the respondent into reasonably usable form, .... or (2) to permit entry upon designated land or other property in the possession or control of the party upon whom the request is served for the purpose of

---

[1] Defendant was assisted in language interpretation by a relative.

1

1 | inspection ....

2 | Inspection of property and "things" is well established in federal discovery law.
3 | Fed. R. Civ. P. 34.  Plaintiff seeks to take measurements and photographs of defendant's business.
4 | Under the Americans with Disabilities Act, he is permitted to conduct this type of discovery.  His
5 | request will be limited, however, to areas accessible by members of the public.  Therefore,
6 | plaintiff can measure the door marked, "Employees Only," but he may not open the door to take
7 | further measurements or photographs unless further ordered by the court.
8 | Accordingly, IT IS ORDERED that:
9 | 1. Plaintiff's motion for inspection under Rule 34, filed June 28, 2010, (docket
10 | #13), is granted in part,
11 | 2. The inspection shall take place on August 12, 2010 at 1:00 p.m. and shall last
12 | no longer than two hours.
13 | DATED: August 2, 2010                              /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. Magistrate Judge

GGH:076/Johnson1461.ord.wpd